**Order entered November 10, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00446-CV

**ORYON TECHNOLOGIES, INC. AND ORYON TECHNOLOGIES, LLC, Appellants**

**V.**

**M. RICHARD MARCUS, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01252**

## ORDER
Before Justices Lang, Evans and Whitehill

By order dated April 14, 2014, the Court ordered the trial court's April 10, 2014 "Order on Motion for Temporary and Permanent Sealing of Court Records" **STAYED** pending this Court's resolution of appellants' appeal. On May 7, 2014, the Court was advised that appellants had filed bankruptcy petitions in the United States Bankruptcy Court for the Northern District of Texas. We abated the appeal and administratively closed the case. By order dated September 23, 2015 we reinstated the appeal following notification that the bankruptcy court had dismissed the bankruptcy cases filed by each appellant. By our opinion of this date, we have ordered the

appeal dismissed.  Accordingly, we **VACATE** our order dated April 14, 2014 and **LIFT** the stay imposed by our order.  We **DENY** as moot appellee's Motion to Reconsider our order.

/s/     DAVID EVANS
          JUSTICE